# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:06−cr−00324
Honorable John J. Tharp Jr.

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

MINUTE entry before the Honorable John J. Tharp, Jr. as to Johneak Johnson: In court hearing held and continued to 4/5/24 at 9:00 a.m. Mr. Johnson did not appear for today's hearing. Parties are granted the early return of trial subpoenas; any documents produced pursuant to such subpoenas must be shared promptly with the other side. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.